UNION PACIFIC RAILWAY COMPANY *v.* CHICAGO, ROCK ISLAND AND PACIFIC RAILWAY COMPANY. UNION PACIFIC RAILWAY COMPANY *v.* CHICAGO, MILWAUKEE AND ST. PAUL RAILWAY COMPANY. Nos. 41, 42. Argued April 21, 22, 1896. Decided May 25, 1896.

THE CHIEF JUSTICE: These appeals were from the Circuit Court and the cases have just been disposed of on appeals from the Circuit Court of Appeals.

*Appeals dismissed.*

*Mr. John F. Dillon* and *Mr. John M. Thurston* for appellants.

*Mr. J. M. Woolworth* for Chicago, Rock Island and Pacific Railway Co.

*Mr. George R. Peck* for Chicago, Milwaukee and St. Paul Railway Co.